**FILED**
March 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **SAYURI WARREN** | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-26-CV-01309-OLG** |
| | § | |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY** | § | |
| | § | |

**ORDER TRANSFERRING CASE**

It is hereby **ORDERED** that this civil case assigned to the docket of the Honorable U.S. District Judge Orlando L. Garcia is hereby **TRANSFERRED** to the docket of the Honorable Senior U.S. District Judge Micaela Alvarez.

All Orders shall remain in effect unless otherwise ordered by the receiving Judge.

It is so **ORDERED**.

**SIGNED** this 9th day of March 2026.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE