**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **SAYURI WARREN,** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO.** |
| | § | **5:26-cv-1309** |
| | § | |
| **LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| **Defendant** | § | |

**WAIVER OF SERVICE OF SUMMONS**

**TO:** Jeffrey E. Dahl
Law Office of Jeffrey Dahl
The Commerce Building
314 E. Commerce, Suite 300
San Antonio, Texas 78205

I acknowledge receipt of your request that Lincoln National Life Insurance Company waive service of summons in the action styled *Sayuri Warren v. Lincoln National Life Insurance Company,* Civil Action No. 5:26-cv-1309, filed in the United States District Court for the Western District of Texas, San Antonio Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objection based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Lincoln if an answer or motion under Rule 12 is not served upon you within 60 days after February 27, 2026, or within 90 days after that date if the request was sent outside the United States.

March 12, 2026
DATE

SIGNATURE
(On behalf of Lincoln National Life Insurance Company)

Iwana Rademaekers
PRINTED NAME

Law Offices of lwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: ( 469) 444-6456
Email: iwana@rademaekerslaw.com